# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANU KALEKALE,<br><br>    Petitioner,<br><br>    v.<br><br>G. LEWIS, Warden,<br><br>    Respondent. | NO. CV 12-2236-AG (AGR)<br><br>JUDGMENT |

    Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

    IT IS ADJUDGED that the Petition in this matter is denied and dismissed with prejudice.

DATED: July 31, 2014

                                            ANDREW J. GUILFORD<br>
                                            United States District Judge